# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

IN RE:  Louise Collins            )
                                  )  Case No:  09 B 34541
                                  )  Judge:    Goldgar
                                  )  Chapter   13
     **Debtor**                   )

## NOTICE OF MOTION

**Served upon the following parties electronically:**
**Office of United States Trustee**, Dirksen Federal Building, 219 S. Dearborn, St., Room 873, Chicago, IL 60604
**Trustee:** Marilyn O. Marshall, 224 S. Michigan Ave., Ste. 800, Chicago, IL 60604
**and served upon the following parties via U.S. Mail:**
**Debtor:** Louise Collins, 8315 S. Langley, Apt. 2N, Chicago, IL 60619
**See Attached Service List**

PLEASE TAKE NOTICE that on July 8, 2014 at 9:30 a.m., or as soon thereafter as I may be heard, I shall appear before the Honorable Judge Goldgar, or any other Bankruptcy Judge presiding in his place in Courtroom 642 of the Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn Street, Chicago, IL, on the attached Motion to Substitute Attorney, and shall request that the attached Order be entered, at which time you may appear if so desired.

## PROOF OF SERVICE

I, The undersigned, an attorney, hereby certify that a copy of this notice was served electronically or mailed to the above persons, at her respective addresses, postage prepaid, by depositing in the U.S. Mail at 211 W. Wacker Drive, Chicago, IL 60606, before 6:00 p.m. on or before June 30, 2014.

_____/s/ Jason Blust___

Jason Blust
Law Office of Jason Blust, LLC
211 W. Wacker Dr., Ste. 200
Chicago, IL 60606
312-273-5001

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 09-34541<br>Northern District of Illinois<br>Chicago<br>Mon Jun 30 16:19:14 CDT 2014 | BAC Home Loans Servicing, L.P. fka Countrywi<br>c/o McCalla Raymer, LLC<br>Bankruptcy Department<br>1544 Old Alabama Road<br>Roswell, GA 30076-2102 | JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>ST CLOUD, MN 56302-7999 |
| U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 | American Express Centurion Bank<br>POB 3001<br>Malvern, PA 19355-0701 | American Express Travel Related Services<br>Co, Inc<br>POB 3001<br>Malvern, PA 19355-0701 |
| Amex<br>PO Box 297871<br>Fort Lauderdale, FL 33329-7871 | Andrew Scott Jr.<br>7107 S. St. Lawrence<br>Chicago, IL 60619-1102 | BAC Home Loans Servicing, LP<br>5401 N Beach St<br>Ft Worth, TX 76137-2733 |
| Bank Of America<br>P) Box 1598<br>Norfolk, VA 23501-1598 | Blatt Hasenmiller Leibsker & Moore<br>125 South Wacker Dr<br>Suite 400<br>Chicago, IL 60606-4440 | Bloomingdales NB<br>9111 Duke Blvd<br>Mason, OH 45040-8999 |
| Chase<br>800 Brooksedge Blvd<br>Westerville, OH 43081-2822 | Citibank<br>PO Box 6241<br>Sioux Falls, SD 57117-6241 | DEPARTMENT STORES NATIONAL BANK/BLOOMINGDALE<br>TSYS DEBT MGMT., INC.<br>PO BOX 137<br>COLUMBUS, GA  31902-0137 |
| David Samson<br>Legal Helpers, PC<br>Sears Tower<br>233 S. Wacker Suite 5150<br>Chicago, IL 60606-6371 | G M A C<br>P.O. Box 901009<br>Fort Worth, TX 76101-2009 | GMAC<br>PO Box 130424<br>Roseville MN 55113-0004 |
| Hsbc/Carson<br>140 W Industrial Dr<br>Elmhurst, IL 60126-1602 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Jc Penney<br>PO Box 981127<br>El Paso, TX 79998-1127 |
| LVNV Funding LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Louise M Collins<br>8315 S. Langley, Apt 2N<br>Chicago, IL 60619-5842 | MACYS RETAIL HOLDINGS, INC.<br>TSYS DEBT MGMT., INC.<br>PO BOX 137<br>COLUMBUS, GA  31902-0137 |
| Marshall Fields<br>111 Boulder Industrial D<br>Bridgeton, MO 63044-1241 | Monogram Bank N America<br>PO Box 17054<br>Wilmington, DE 19850-7054 | NORTH STAR CAPITAL ACQUISITIONS LLC<br>c o Jefferson Capital Systems LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999<br>Orig By: SHELL/CITIBANK |
| Nordsdtrom fsb<br>POB 6566<br>Englewddo,CO 80155-6566 | Nordstrom Fsb<br>PO Box 6555<br>Englewood, CO 80155-6555 | PRA Receivables Management, LLC<br>As Agent Of Portfolio Recovery Assocs.<br>c/o Bank Of America<br>POB 41067<br>NORFOLK VA 23541-1067 |

| | | |
|---|---|---|
| RJM Acquisition Funding<br>575 Underhill Blvd<br>Suite 224<br>Syosset, NY 11791-4437 | Shell Oil/citibank<br>PO Box 6003<br>Hagerstown, MD 21747 | The Bureaus, Inc.<br>1717 Central Street<br>Evanston, IL 60201-1507 |
| Tnb - Target<br>PO Box 9475<br>Minneapolis, MN 55440-9475 | Unifund<br>10625 Techwoods Circle<br>Cincinnati, OH 45242-2846 | Van Ru Credit Corporation<br>4415 S Wendler Dr<br>Bldg B, Suite 200<br>Tempe, AZ 85282-6410 |
| Visdsnb<br>9111 Duke Blvd<br>Mason, OH 45040-8999 | Weltman, Weinberg & Reis<br>180 North LaSalle<br>Suite 240<br>Chicago, IL 60601-2704 | Andrew K. Weiss<br>The Garden City Group, Inc.<br>190 S. LaSalle St.<br>Suite 1925<br>Chicago, IL 60603-3479 |
| David M. Samson<br>The Law Offices of Ernesto D. Borges, Jr<br>105 W Madison 23rd Floor<br>Chicago, IL 60602-4647 | Marilyn O Marshall<br>224 South Michigan Ste 800<br>Chicago, IL 60604-2503 | Michelle K Hinds<br>Law Office of Jason Blust, LLC<br>211 W. Wacker Drive<br>Ste. 200<br>Chicago, IL 60606-1392 |
| Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)DEPARTMENT STORES NATIONAL BANK/BLOOMINGDA<br>TSYS DEBT MGMT., INC.<br>PO BOX 137<br>COLUMBUS, GA   31902-0137 | (d)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>ST CLOUD MN 56302-7999 | (d)Louise M Collins<br>8315 S. Langley, Apt 2N<br>Chicago, IL 60619-5842 |

End of Label Matrix
Mailable recipients    42
Bypassed recipients     3
Total                  45

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

IN RE:  Louise Collins )
                                          ) Case No: 09 B 34541
                                          ) Judge:   Goldgar
                                          ) Chapter   13
      Debtor )

## MOTION TO SUBSTITUTE ATTORNEY

Now comes the Law Office of Jason Blust, LLC, by and through its attorney, Jason Blust, and for its Motion to Substitute Attorney represents as follows:

1. On September 18, 2009, the Debtor filed a petition for relief under Chapter 13 of the Bankruptcy Code.

2. The Law Office of Jason Blust, LLC has agreed to take over representation of all active Chapter 13 cases filed by Macey Bankruptcy Law.

3. Counsel for the Law Office of Jason Blust, LLC has spoken with the Debtor, and she has agreed to be represented by the Law Office of Jason Blust, LLC.

**WHEREFORE**, The Law Office of Jason Blust, LLC and attorney Jason Blust respectfully requests that they be substituted as attorney for Debtor.

Respectfully submitted,

_____/s/ Jason Blust

Jason Blust
Law Office of Jason Blust, LLC
211 W. Wacker Dr., Ste. 200
Chicago, IL 60606
312-273-5001